DAVID A. SPARKS, Respondent, v ESSEX HOMES OF WNY, INC., et al., Defendants. ESSEX HOMES OF WNY, INC., Third-Party Plaintiff-Respondent, v ALUMINUM GUTTERS, Doing Business as NIAGARA GUTTERS, Third-Party Defendant-Appellant.

Submitted November 28, 2005; decided January 10, 2006

Motion to expand the record on appeal denied. Motion, insofar as it seeks leave to appeal from the Appellate Division order denying the motion to enlarge the record on appeal in that Court, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

Judge READ taking no part.

TYMEIK WILLIAMS, Appellant, v NASSAU COUNTY MEDICAL CENTER et al., Respondents.

Submitted January 3, 2006; decided January 10, 2006

Motion by New York City Health and Hospitals Corporation for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

Judge READ taking no part.